| | |
|---|---|
| Christopher Kao, Bar No. 237716<br>CKao@perkinscoie.com<br>Brock S. Weber, Bar No. 261383<br>BWeber@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:  650.838.4300<br>Facsimile:  650.838.4350<br><br>Attorneys for Defendant<br>AOL, INC. | Jean G. Vidal-Font, Bar No. 266475<br>jvidal@ferraiuoli.com<br>FERRAIUOLI LLC<br>221 Plaza 5th Floor<br>221 Ponce de León Ave.<br>San Juan, Puerto Rico 00917<br>(787) 766-7000<br><br>Attorneys for Plaintiff<br>Coho Licensing LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COHO LICENSING LLC, a Delaware company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AOL, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. C 14-02127-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET AN EARLIER HEARING DATE OF SEPTEMBER 26, 2014 ON DEFENDANT'S MOTION TO STAY PENDING *INTER PARTES* REVIEW**<br><br>Date:　　　October 10, 2014<br>Time　　　 9:00 A.M.<br>Place:　　　Courtroom 5, 2nd Floor<br>Judge:　　　Jeffrey S. White |

LEGAL123315584.1

STIPULATION AND [PROPOSED] ORDER TO SET EARLIER HEARING DATE
CASE NO. 14-02127-JSW

1    Plaintiff Coho Licensing LLC ("Coho Licensing") and Defendant AOL, Inc. ("AOL")
2  hereby stipulate and agree through their respective counsel of record, pursuant to Civil Local
3  Rules 7-11 and 7-12, and this Court's Standing Order No. 4, as follows:
4    WHEREAS, AOL filed a Motion to Stay Pending *Inter Partes* Review in a related case
5  between the parties on August 15, 2014 (Case No. 14-1578-JSW, Dkt. No. 36; hereinafter, the
6  "First Motion to Stay");
7    WHEREAS, AOL also sought to stay the above-captioned action in that First Motion to
8  Stay (*see, e.g.*, First Motion to Stay at 1, Notice of Motion);
9    WHEREAS, the Court set a hearing date of September 26, 2014 on AOL's First Motion to
10 Stay (Case No. 14-1578-JSW, Dkt. No. 37 at 1);
11   WHEREAS, all other Defendants in the related *Coho Licensing* cases have also noticed
12 similar motions to stay for September 26, 2014 (*Coho Licensing LLC v. Glam Media Inc. and
13 Ning Inc.*, 14-cv-1576, Dkt. No. 60; *Coho Licensing LLC v. LinkedIn Corp.*, 14-cv-1577, Dkt.
14 No. 57; *Coho Licensing LLC v. Rovi Corporation*, 14-cv-1579, Dkt. No. 55; *Coho Licensing LLC
15 v. Twitter Inc.*, 14-cv-2718, Dkt. No. 45; *Coho Licensing LLC v. Glam Media Inc. and Ning Inc.*,
16 14-cv-2128, Dkt. No. 35; *Coho Licensing LLC v. LinkedIn Corp.*, 14-cv-2131, Dkt. No. 33; *Coho
17 Licensing LLC v. Rovi Corporation*, 14-cv-2130, Dkt. No. 34; and *Coho Licensing LLC v.
18 Twitter, Inc.*, 14-cv-2132, Dkt. No. 30);
19   WHEREAS, all motions to stay pending before this Court in the related cases are based on
20 the petitions for *inter partes* review that AOL recently filed against all claims of all patents-in-
21 suit;
22   WHEREAS, pursuant to the Court's August 26, 2014 Order (Case No. 14-1578-JSW,
23 Dkt. No. 37 at 1), AOL filed a Motion to Stay Pending *Inter Partes* Review in the above-
24 captioned case on August 27, 2014 (Dkt. No. 34; hereinafter, "Second Motion to Stay");
25   WHEREAS, AOL's Second Motion to Stay is currently noticed for hearing on October
26 10, 2014, which was the Court's first available date for a noticed motion in this case;
27
28

LEGAL123315584.1                     - 1 -           STIPULATION AND [PROPOSED] ORDER TO
                                                     SET EARLIER HEARING DATE
                                                     CASE NO. 14-02127-JSW

1   WHEREAS, AOL's Second Motion to Stay is substantively identical to AOL's First

2  Motion to Stay, and the motions seek to stay both related cases against AOL (Case Nos. 14-1578-

3  JSW and 14-2127-JSW) pending *inter partes* review of the patents-in-suit;

4   WHEREAS, Coho Licensing's response to the Second Motion to Stay is due by

5  September 10, 2014, and AOL's reply is due by September 17, 2014;

6   IT IS HEREBY STIPULATED AND REQUESTED that the Court reset the hearing date

7  for AOL's Second Motion to Stay, filed in above-captioned case (Dkt. No. 34), to coincide with

8  the September 26, 2014 hearing date for all the other pending motions to stay, including AOL's

9  First Motion to Stay.  Good cause supports this stipulation and request because (1) the motions to

10 stay pending in the related cases all concern the same issue, (2) the briefing on AOL's First

11 Motion to Stay will be virtually identical to the briefing on AOL's Second Motion to Stay, and

12 (3) it would conserve the resources of the Court and the parties to hear all of these related motions

13 to stay on September 26, 2014.

14 DATED:  August 28, 2014          PERKINS COIE LLP

16                                  By:      */s/ Christopher Kao*
                                             Christopher Kao

17                                  Attorneys for Defendant
                                    AOL, Inc.

19 DATED:  August 28, 2014          FERRAIUOLI LLC

21                                  By:      */s/ Jean G. Vidal-Font*
                                             Jean G. Vidal-Font

22                                  Attorneys for Plaintiff
                                    Coho Licensing LLC

LEGAL123315584.1                    - 2 -    STIPULATION AND [PROPOSED] ORDER TO
                                             SET EARLIER HEARING DATE
                                             CASE NO. 14-02127-JSW

1  I, Christopher Kao, hereby attest, pursuant to Civil L.R. 5-1(i)(3), that the concurrence to
2  the filing of this document has been obtained from each signatory hereto.

3  DATED: August 28, 2014          PERKINS COIE LLP

                                   By: _____/s/ *Christopher Kao*_____
                                       Christopher Kao

                                   Attorneys for Defendant
                                   AOL, Inc.

LEGAL123315584.1          - 3 -     STIPULATION AND [PROPOSED] ORDER TO
                                    SET EARLIER HEARING DATE
                                    CASE NO. 14-02127-JSW

# [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, AND WITH GOOD CAUSE APPEARING, IT IS ORDERED THAT:

The hearing date for Defendant AOL, Inc.'s Motion to Stay in this case is set for September 26, 2014. The opposition or statement of non-opposition shall be filed by no later than September 8, 2014. The reply, if any, shall be filed by no later than September 12, 2014.

DATED: September 2, 2014

Hon. Jeffrey S. White
United States District Judge

LEGAL123315584.1 - 4 - STIPULATION AND [PROPOSED] ORDER TO SET EARLIER HEARING DATE
CASE NO. 14-02127-JSW